UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

THOMAS WILLIAM STILLWELL                                                 PLAINTIFF

v.                                                  CIVIL ACTION NO. 4:15-CV-P74-JHM

JAILER JOE BLUE et al.                                            DEFENDANTS

## MEMORANDUM OPINION

Upon filing the instant action, Plaintiff assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Court sent an Order to Plaintiff on May 29, 2015. This mailing was returned by the U.S. Post Office marked: "Return to Sender; Attempted Not Known; Unable to Forward." Plaintiff has not advised the Court of his new address, and neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date: July 29, 2015

                                                                       **Joseph H. McKinley, Jr., Chief Judge**
                                                                         United States District Court

cc:      Plaintiff, *pro se*
4414.009